UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIGUEL PERIERA,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,

    Defendant.

Case No. 2:23-cv-01093-JCM-NJK

Order

    This case has been removed on diversity grounds. *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant's certificate of interested parties fails to identify any party or entity's citizenship attributed to it. *See* Docket No. 2.

    Accordingly, Defendant must file an amended certificate of interested parties by July 24, 2023, fully identifying the citizenship of any party or entity attributed to it.

    IT IS SO ORDERED.

Dated: July 17, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.