# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MIGUEL PEREIRA,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al.,

    Defendants.

Case No. 2:23-cv-01093-JCM-NJK

**ORDER**

[Docket No. 9]

Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 278-day discovery period.[1] *See* Docket No. 9 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period based on generalizations that can be made about most personal injury litigation. *See id.*

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 9. The scheduling order in this case will be as follows:

|  |  |
|---|---|
| Initial Disclosures: | September 5, 2023 |
| Add/Amend Pleadings: | October 11, 2023 |
| Initial Experts: | November 10, 2023 |
| Rebuttal Experts: | December 11, 2023 |
| Discovery Cut-Off: | January 9, 2024 |
| Dispositive Motions: | February 8, 2024 |

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1).

1

| | | |
|---|---|---|
| 1 | Joint Pretrial Order: | March 9, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: August 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

2