UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL PEREIRA,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No.:   2:23-cv-01093-JCM-NJK<br><br>**ORDER TO CONTINUE THE DISCOVERY DEADLINES (FIRST REQUEST)** |

Plaintiff, MIGUEL PEREIRA, by and through his counsel of record, VANNAH & VANNAH, and Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. ("American Family"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby submit the foregoing Stipulation and Order to Continue the Discovery Deadlines (First Request) pursuant to LR-26-3(a) and LRIA 6-1.

**I.**

**DISCOVERY COMPLETED TO DATE**

    **A.**    **Statement Specifying Discovery Completed**

The parties have completed the following Discovery:

1. American Family served its Initial Disclosures pursuant to FRCP 26 on September 5, 2023. Plaintiff served his Initial Disclosures on September 27, 2023.

1

2. Defendant served its First Supplemental Disclosure pursuant to FRCP 26 on September 25, 2023.

3. On September 26, 2023, American Family propounded its First Set of Interrogatories, First Set of Request for Admission, and First Set of Request for Production upon Plaintiff.

4. On September 27, 2023, Plaintiff also served his First Set of Interrogatories, First Set of Request for Admission, and First Set of Request for Production upon Defendant.

## II.

### DISCOVERY REMAINING TO BE COMPLETED

As the parties have exchanged documents, the parties are still seeking to obtain Plaintiff's medical records in this matter. As Plaintiff was involved in multiple motor vehicle accidents and received previous treatment for the areas that were allegedly injured as a result of the accident that gave rise to incident (hereinafter the "Incident"), independently obtaining Plaintiff's prior treatment is pertinent to evaluate Plaintiff's claims. Without this information, the parties are unable to evaluate Plaintiff's claims and ascertain the aggravation of any additional injuries.

After independently receiving the records from Plaintiff's medical providers related to his prior treatment, American Family seeks to depose Plaintiff and ascertain the extent of his prior injuries and the treatment he received as a result of the incident. This information will then be provided to the parties' applicable experts and may aid in resolving this matter.

## III.

### WHY DISCOVERY HAS NOT BEEN COMPLETED

The parties are still in the process of independently obtaining the medical records from Plaintiff's medical providers, including the medical providers he treated with before the Incident. As discussed above, these documents are needed in order to evaluate Plaintiff's claims. Moreover, in order to effectively depose Plaintiff, obtaining these records to evaluate Plaintiff's prior treatment allows Defendant to fully evaluate Plaintiff's claims and provides for an effective deposition. After the deposition and obtaining these records, the parties would then provide these records to their applicable experts and also ascertain alternative dispute measures.

In addition, Plaintiff seeks to depose the NRCP 30(b)(6) of American Family after receiving the applicable documents and additional information from claim file.

Due to the fact that the parties have not independently received the medical records from Plaintiff's prior treating providers and his current providers, the parties request an additional time to evaluate each party's claims and defenses. Hence, the parties have shown good cause in order to continue the discovery deadlines.

## IV.

## **PROPOSED SCHEDULE**

The parties propose the following schedule for completing all remaining discovery in this matter.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Initial Experts | 11/10/2023 | 03/10/2024 |
| Rebuttal Experts | 12/11/2023 | 04/10/2024 |
| Discovery Cut-Off | 01/09/2024 | 05/08/2024 |
| Dispositive Motions | 02/08/2024 | 06/07/2024 |
| Joint Pretrial Order: | 03/09/2024, 30 days after the resolution of dispositive motions | 07/08/2024, 30 days after the resolution of dispositive motions |

**IT IS SO STIPULATED:**

DATED this 23rd day of October, 2023.                DATED this 23rd day of October, 2023.

KRAVITZ SCHNITZER JOHNSON                VANNAH & VANNAH
& WATSON, CHTD.

/s/ L. Renee Green                                          /s. L. DiPaul Marrero II
TYLER J. WATSON, ESQ.                      ROBERT D. VANNAH, ESQ.
Nevada Bar No. 11735                          Nevada Bar No. 2503
L. RENEE GREEN, ESQ.                        L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 12755                          Nevada Bar No. 12441
8985 S. Eastern Ave., Suite 200                400 S. Seventh Street, Suite 400
Las Vegas, NV 89123                             Las Vegas, Nevada 89101
Attorneys for Defendant,                        Attorneys for Plaintiff
AMERICAN FAMILY MUTUAL              MIGUEL PEREIRA
INSURANCE COMPANY, S.I.

**IT IS SO ORDERED.**

DATED: October 24, 2023

_____
UNITED STATES MAGISTRATE JUDGE

The Court is granting a lengthy extension. The parties must diligently conduct discovery.

3