TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:    (702) 362-6666
Facsimile:    (702) 362-2203
Attorneys for Defendant
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL PEREIRA,<br><br>                          Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>                          Defendants. | Case No.:   2:23-cv-01093-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, MIGUEL PEREIRA, by and through his counsel of record, VANNAH & VANNAH, and Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. ("American Family"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., that this matter is dismissed with prejudice in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

1

All Parties agree to bear their own attorneys' fees and costs.

DATED this 13th day of December, 2023.

KRAVITZ SCHNITZER JOHNSON
& WATSON, CHTD.

 */s/ L. Renee Green*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Attorneys for Defendant,
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.

DATED this 13th day of December, 2023.

VANNAH & VANNAH

 */s/ L. DiPaul Marrero II*
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 12441
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Attorneys for Plaintiff
MIGUEL PEREIRA

**IT IS SO ORDERED.**

DATED: December 18, 2023

_____
UNITED STATES DISTRICT COURT JUDGE